INDEX OF EXHIBITS TO COMPLAINT

| Exhibit 1 | Deed |
|---|---|
| Exhibit 2 | Memorandum of Agreement |
| Exhibit 3 | Fourth Amendment |