Anthony Schoenberg (*pro hac vice*)
California Bar No. 203714
aschoenberg@fbm.com
David J. Lazerwitz (*pro hac vice*)
California Bar No. 221349
dlazerwitz@fbm.com
Emily M. Lieban (*pro hac vice*)
California Bar No. 303079
elieban@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Todd L. Bice
Nevada Bar No. 4534
tlb@pisanellibice.com
Robert A. Ryan
Nevada Bar No. 12084
rr@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101

Attorneys for Nevada Links, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF CLARK and NEVADA LINKS, INC,<br><br>    Defendant. | Case No. 2:17-cv-02303-MMD-PAL<br><br>**OPPOSITION TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br><br>The Hon. Miranda M. Due |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

OPPOSITION TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE - Case No. 2:17-cv-02303-MMD-PAL

34938\6360670.1

1       Defendant Nevada Links, Inc. ("Nevada Links") hereby objects to evidence submitted by
2 Plaintiff United States ("Plaintiff") in connection with its Opposition the Nevada Links' Motion to
3 Dismiss (ECF 25).
4       Under Federal Rule of Evidence 201, a court shall take judicial notice "if a party requests it
5 and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).  A court may
6 take judicial notice of a fact "not reasonably subject to dispute because it: (1) is generally known
7 within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from
8 sources whose accuracy cannot reasonably be questioned." *Id.* at 201(b). "A court may take
9 judicial notice of 'matters of public record' without converting a motion to dismiss into a motion
10 for summary judgment, as long as the facts noticed are not subject to reasonable dispute." *Inti-*
11 *Plex Techs., Inc. v. Crest Group, Inc.*, 499 F.3d 1048, 1052 (9th Cir. 2007).  However, the court
12 may not take judicial notice of a fact that is "subject to reasonable dispute."  Fed. R. Evid. 201(b);
13 *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).
14       Plaintiff has asked this Court to take judicial notice of two items:
15     1.    Clark County Board of Commissioners Agenda Item, Amendment to Lease
16          Agreement, submitted by Randall H. Walker, Dir. of Aviation (Sep. 6, 2011).
17     2.    Video recording of the Joint Meeting of the Clark County Board of
18          Commissioners, et al., (Sep. 6, 2011) (Meeting Video).
19       Because these items are matters of public record, this Court may properly take judicial
20 notice of the <u>fact</u> that the hearing took place in 2011.  However, it "may not take judicial notice of
21 a fact that is 'subject to reasonable dispute.'" *Id.* at 690.  Plaintiff asks this Court to conclude on
22 the basis of the proffered video that "Nevada Links possessed actual knowledge of the County's
23 legal obligations to the United States and that the Fourth Amendment, if carried out, would violate
24 those obligations." Plaintiff's Opposition to Motion to Dismiss by Defendant Nevada Links, Inc.
25 (ECF 25) at13:1-4.  In doing so, Plaintiff effectively seeks judicial notice of disputed facts, which
26 is improper. *See Lee*, 250 F.3d at 689-690 (finding that district court improperly took judicial
27 notice that a party waived extradition in a public document).  Nevada Links <u>disputes</u> that it had
28 knowledge (actual or constructive) that by entering into the Fourth Amendment the County

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

OPPOSITION TO PLAINTIFF'S REQUEST FOR
JUDICIAL NOTICE - Case No. 2:17-cv-02303-
MMD-PAL

1

34938\6360670.1

1  breached any obligation to the United States.  In fact, whether there even was such a breach is a
2  fundamental disputed issue in this case.  Thus, this is an improper request for judicial notice, and
3  the Court should not consider the extrinsic evidence, other than to demonstrate the fact that the
4  hearing took place in 2011.

6  Dated:  December 18, 2017            FARELLA BRAUN + MARTEL LLP

8                                      By:     /s/ Anthony P. Schoenberg
                                           Anthony P. Schoenberg

   Attorneys for Nevada Links, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

OPPOSITION TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE - Case No. 2:17-cv-02303-MMD-PAL

2

34938\6360670.1