CHAD A. READLER
Acting Assistant Attorney General

STEVEN W. MYHRE
Acting United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
E-mail: *troy.flake@usdoj.gov*

RUTH A. HARVEY
MICHAEL J. QUINN
JOHN R. KRESSE
DAVID H. DeCELLES
U.S. Department of Justice, Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Telephone:  (202) 616-2238
E-mail: *john.kresse@usdoj.gov*

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-cv-02303-MMD-PAL |
| Plaintiff, | |
| v. | **REPLY TO NEVADA LINKS'S OPPOSITION TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE** |
| COUNTY OF CLARK and NEVADA LINKS, INC., | |
| Defendants. | |

Nevada Links concedes that the Court may take judicial notice of the County's video record to "demonstrate the <u>fact</u> that the public hearing took place." Opposition to Plaintiff's Request for Judicial Notice, at 2 (ECF 32) (emphasis in original). But Nevada Links then argues without any authority that the Court may not take judicial notice of statements made by its principal, Bill Walters, to the Clark County commissioners at that hearing because they are

1

"subject to reasonable dispute." *Id.* at 1. Yet the fact that Mr. Walters made the statements noted in the United States' opposition brief is not subject to reasonable dispute or, for that matter, disputed by Nevada Links. And whether Mr. Walters spoke the truth is not the reason the United States asked the Court to take notice. Instead, Mr. Walters's statements support the complaint's allegations by showing that Nevada Links:

- knew the rent under the Fourth Amendment to the Lease was far below fair market value;
- participated with the County in drafting the Fourth Amendment; and
- knew and accepted that the United States' approval of the Fourth Amendment was required.

*See* Plaintiff's Opposition to Motion Dismiss, at 11-13 (ECF 25).

By contrast, in support of its motion, Nevada Links requested judicial notice of the County's Request for Proposal (RFP) to build a golf course *solely* "because it illustrates the nature of Nevada Links' relationship with the County of Clark and the lack of a relationship to the Plaintiff United States." Nevada Links Request for Judicial Notice, at 1-2 (ECF 16). But in its reply brief Nevada Links cites the RFP for the proposition that "[t]he bid made by Nevada Links was accepted by the County following that competitive bidding process." Defendant Nevada Links, Inc.'s Reply in Support of Motion to Dismiss, at 4 (ECF 31). Thus Nevada Links improperly asks the Court to take notice of an alleged "bid" and allegedly "competitive bidding process" based on a County document created *before* those alleged events occurred, but objects to the Court taking notice of statements preserved in the County's video record and accurately quoted by the United States in opposing Nevada Links's motion to dismiss.[1]

In short, the Court should grant the United States' request for judicial notice of the statements made by Bill Walters on behalf of Nevada Links because the statements are contained in a public record and undisputed.

---

[1] Also, this assertion is irrelevant because the alleged competitive bidding occurred 12 years before the Fourth Amendment.

2

1
2  CHAD A. READER
   Acting Assistant Attorney General
3
   STEVEN W. MYHRE
4  Acting United States Attorney

5  TROY K. FLAKE
   Assistant United States Attorney
6
   /s/ John R. Kresse
7  RUTH A. HARVEY
   MICHAEL J. QUINN
8  JOHN R. KRESSE
   DAVID H. DeCELLES
9
   *Attorneys for the United States*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

In compliance with the Court's Local Rule 5-1, the undersigned certifies that on December 20, 2017, a copy of the foregoing document, "Reply to Nevada Links's Opposition to Plaintiff's Request for Judicial Notice," was served (via the Court's CM/ECF system) upon counsel of record for defendants.

                                                  s/ John R. Kresse
                                                  John R. Kresse
                                                  Attorney for the United States