Exhibit D: Videotaped Deposition of Stephen F. Sisolak Las Vegas, Nevada Thursday, August 23, 2018

# EXHIBIT D

Stephen F. Sisolak                  United States of America v. County of Clark, et al.

```
 1              UNITED STATES DISTRICT COURT

 2                   DISTRICT OF NEVADA

 3

 4   UNITED STATES OF AMERICA,      )
                                    )
 5                   Plaintiff,     ) Case No.
                                    ) 2:17-cv-02303-MMD-PAL
 6   vs.                            )
                                    )
 7   COUNTY OF CLARK and NEVADA     )
     LINKS, INC.,                   )
 8                                  )
                     Defendants.    )
 9   _____)

10

11

12

13

14      VIDEOTAPED DEPOSITION OF STEPHEN F. SISOLAK

15                   LAS VEGAS, NEVADA

16              THURSDAY, AUGUST 23, 2018

17

18

19

20

21

22

23

24   Reported by: Holly Larsen, CCR NO. 680, CA CSR 12170
              Job No.: 29569
25
```

Case 2:17-cv-02303-MMD-PAL   Document 55-5   Filed 09/10/18   Page 4 of 8

Stephen F. Sisolak                              United States of America v. County of Clark, et al.

```
 1       Q.   -- the fourth and fifth paragraphs state,
 2   "Sisolak argued that this is why net revenue leases
 3   are troublesome. 'They (tenants) get to write off
 4   too much of the income as costs,' he said."
 5            Do you recall making that statement?
 6       A.   No, sir.
 7       Q.   What was your understanding of the County's
 8   participatory leases?
 9       A.   We had some participatory leases and some
10   sales that we did. Participatory leases we were not
11   guaranteed anything, but we shared in the profits.
12       Q.   Do you recall how many participatory leases
13   the County had?
14       A.   I do not.
15       Q.   Did you ever review the terms of those
16   participatory leases with anyone at the County?
17       A.   I don't recall.
18       Q.   Do you know if these participatory leases
19   typically guaranteed a rate of return?
20            MR. HARDIN:  Object to the form.
21            THE WITNESS:  From what you told me, they
22   guaranteed a rate of return to the developer.
23   BY MR. HSU:
24       Q.   Yes.  That's for this lease.  I'm asking
25   about other participatory leases and participatory
```

Case 2:17-cv-02303-MMD-PAL   Document 55-5   Filed 09/10/18   Page 5 of 8

Stephen F. Sisolak                                      United States of America v. County of Clark, et al.

```
 1    leases in general.
 2         A.   I don't know.
 3         Q.   Did you ever direct anyone at the
 4    Department of Aviation to look into why this lease,
 5    the Bali Hai lease, had not generated any income for
 6    ten years?
 7              MR. HARDIN:  Object to the form.
 8              THE WITNESS:  I do not recall that.
 9              MR. HARDIN:  Are you moving on to another
10    exhibit?
11              MR. HSU:  Yes.
12              MR. HARDIN:  We've been going for a little
13    bit over an hour.  Let's take a break.
14              THE VIDEOGRAPHER:  This is the end of
15    Disc Number 1 in today's videographed deposition of
16    Stephen F. Sisolak.  The time as indicated on the
17    video screen, 10:14.  We are off the record.
18              (A break was taken.)
19              THE VIDEOGRAPHER:  We're back on the
20    record.  This is the beginning of Disc Number 2
21    in today's videographed deposition of Stephen
22    F. Sisolak.  The time as indicated on the video
23    screen, 10:27.
24              MR. HSU:  Please mark Exhibit Number 8.
25              (Exhibit 8 marked.)
```

Case 2:17-cv-02303-MMD-PAL   Document 55-5   Filed 09/10/18   Page 6 of 8

Stephen F. Sisolak                              United States of America v. County of Clark, et al.

1   change the video.

2       MR. HARDIN: I could use a restroom break.

3       THE VIDEOGRAPHER: It's the end of Disc

4   Number 2 in today's videographed deposition of

5   Stephen F. Sisolak. The time as indicated on the

6   video screen, 11:52. We're off the record.

7       (A break was taken.)

8       THE VIDEOGRAPHER: We're back on the

9   record. This is the beginning of Disc Number 3 in

10  today's videographed deposition of Stephen F.

11  Sisolak. The time, 11:58.

12  BY MR. HSU:

13      Q.   Do you know who Amy Lueders was?

14      A.   Yes.

15      Q.   Who was she?

16      A.   The lady that I wrote that last letter to

17  on Exhibit Number 17, the director.

18      Q.   Do you remember trying to contact her? Do

19  you remember trying to contact Ms. Lueders around

20  June 2013?

21      A.   Not specifically, no.

22      Q.   Do you know who Ms. Karla Norris was?

23      A.   No.

24      Q.   Do you recall speaking with her?

25      A.   I do not.

Stephen F. Sisolak                                    United States of America v. County of Clark, et al.

1    Q.  Do you recall anything about the subject
2  matter of this email?
3    A.  I'm aware of what my opinion was, but ...
4    Q.  What was your opinion?
5    A.  Well, that I wasn't in favor of these type
6  of leases, participatory leases.
7    Q.  Why was that?
8    A.  Because there was no guaranteed revenue
9  coming to the County or the BLM.
10   Q.  Do you recall stating or thinking that a
11 15 percent rate of return was, quote-unquote,
12 "crazy"?
13   A.  I don't remember stating it, but I can
14 remember imagining that I would certainly love to
15 get a 15 percent rate of return and I've never heard
16 of it like this.
17   Q.  So you've never heard of it like this.
18 Does that mean other participatory leases of the
19 County didn't provide this kind of rate of return?
20        MR. HARDIN:  Objection.  Lacks foundation.
21        THE WITNESS:  I'm not sure what the rate of
22 return on those leases would have been.
23        (Exhibit 19 marked.)
24 BY MR. HSU:
25   Q.  It's a longer document.  I only ask you to

Stephen F. Sisolak                                      United States of America v. County of Clark, et al.

```
 1              CERTIFICATE OF REPORTER

 2   STATE OF NEVADA   )
                       ) SS
 3   COUNTY OF CLARK   )

 4       I, Holly Larsen, a duly commissioned and

 5   licensed Court Reporter, Clark County, State of

 6   Nevada, do hereby certify:  That I reported the

 7   taking of the deposition of the witness, Stephen F.

 8   Sisolak, commencing on Thursday, August 23, 2018, at

 9   9:06 a.m.

10       That prior to being examined, the witness was,

11   by me, duly sworn to testify to the truth.  That I

12   thereafter transcribed my said shorthand notes into

13   typewriting and that the typewritten transcript of

14   said deposition is a complete, true, and accurate

15   transcription of said shorthand notes.

16       I further certify that I am not a relative or

17   employee of an attorney or counsel of any of the

18   parties, nor a relative or employee of an attorney

19   or counsel involved in said action, nor a person

20   financially interested in the action.

21       IN WITNESS HEREOF, I have hereunto set my hand,

22   in my office, in the County of Clark, State of

23   Nevada, this 2nd day of September, 2018.

24
                                _____
25                              HOLLY LARSEN, CCR NO. 680
```