JOSEPH H. HUNT
Assistant Attorney General

DAYLE ELIESON
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
E-mail: *troy.flake@usdoj.gov*

RUTH A. HARVEY
MICHAEL J. QUINN
JOHN R. KRESSE
I-HENG HSU
CATHY J. BURDETTE
U.S. Department of Justice, Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 616-2238
E-mail: *john.kresse@usdoj.gov*

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CLARK and<br>NEVADA LINKS, INC.,<br><br>Defendants. | Case No: 2:17-cv-02303-MMD-PAL<br><br>**UNITED STATES' MOTION FOR STAY OF NEAR TERM CASE DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS** |

The United States of America hereby moves for a stay of near term case deadlines in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice ("Department") expired, and appropriations to the Department

1

lapsed. The same is true for several other Executive agencies, including the Department of Interior. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, attorneys and employees of the Department of Justice and the Department of Interior, including all contractors, consultants, and experts, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. The current schedule entered by this Court on October 19, 2018, specifies the completion of expert discovery by January 31, 2019. The first expert deposition is scheduled for January 15. The schedule also specifies that dispositive motions must be filed by March 8, 2019.

4. Undersigned counsel for the Department of Justice therefore requests a stay of expert discovery, dispositive motion, and pretrial order deadlines, until the first business day that Congress has restored appropriations to the Department of Justice and the Department of Interior.

5. Opposing counsel has authorized counsel for the Government to state that they have no objection to this motion.

6. If this motion for a stay is granted, within five business days of Congress appropriating funds for the Department of Justice and the Department of Interior, the parties will jointly propose amended deadlines, commensurate with the length of the lapse in funding, for the expert discovery, dispositive motions, and pretrial order.

6. Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all expert discovery and dispositive motion, and pretrial order deadlines for the parties in this case until attorneys and other employees of the Department of Justice and the Department of Interior, including all

2

contractors, consultants, and experts, are permitted to resume their usual civil litigation functions.

Dated: December 31, 2018

JOSEPH H. HUNT
Assistant Attorney General

DAYLE ELIESON
United States Attorney

TROY K. FLAKE
Assistant United States Attorney

/s/ Cathy J. Burdette
RUTH A. HARVEY
MICHAEL J. QUINN
JOHN R. KRESSE
I-HENG HSU
CATHY J. BURDETTE

*Attorneys for the United States*

IT IS SO ORDERED:

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

DATED: JANUARY 4, 2019