JOSEPH H. HUNT
Assistant Attorney General

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
E-mail: *troy.flake@usdoj.gov*

RUTH A. HARVEY
MICHAEL J. QUINN
JOHN R. KRESSE
CATHY J. BURDETTE
DAVID H. DeCELLES
I-HENG HSU
U.S. Department of Justice, Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 305-2419
E-mail: *david.h.decelles@usdoj.gov*

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-cv-02303-MMD-PAL |
| Plaintiff, | |
| v. | |
| COUNTY OF CLARK and NEVADA LINKS, INC., | |
| Defendants. | |

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY**

Pursuant to LR IA 11-6(b), the United States of America hereby requests leave for David DeCelles to withdraw as counsel for the United States in the above-captioned case. John Kresse, Cathy Burdette, and I-Heng Hsu remain as counsel of record for the United States.

1

Dated: January 29, 2019

JOSEPH H. HUNT
Assistant Attorney General

NICHOLAS A. TRUTANICH
United States Attorney

TROY K. FLAKE
Assistant United States Attorney

/s/ David H. DeCelles
RUTH A. HARVEY
MICHAEL J. QUINN
JOHN R. KRESSE
CATHY J. BURDETTE
DAVID H. DeCELLES
I-HENG HSU
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 305-2419
E-mail: *david.h.decelles@usdoj.gov*

*Attorneys for the United States*

**IT IS SO ORDERED** this 29th day of January, 2019.

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

In compliance with the Court's Local Rule 5-1, the undersigned certifies that on January 29, 2019, a copy of the foregoing Motion for Leave to Withdraw as Attorney was served via e-mail upon counsel of record for defendants.

/s/ David H. DeCelles
Attorney for the United States
