JOSEPH H. HUNT
Assistant Attorney General

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
E-mail: *troy.flake@usdoj.gov*

RUTH A. HARVEY
MICHAEL J. QUINN
JOHN R. KRESSE
I-HENG HSU
CATHY J. BURDETTE
SERAJUL ALI
U.S. Department of Justice, Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 616-2238
E-mail: *john.kresse@usdoj.gov*

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-cv-02303-MMD-PAL |
| Plaintiff, | |
| v. | **STIPULATION OF THE PARTIES EXTENDING NEAR-TERM DEADLINES DUE TO LAPSE OF GOVERNMENT APPROPRIATIONS** |
| COUNTY OF CLARK and NEVADA LINKS, INC., | |
| Defendants. | |

The parties hereby stipulate to the following extension of near-term case deadlines, commensurate with the length of the lapse in the appropriations for the Department of Justice and the Department of Interior, in accordance with this Court's Order dated January 4, 2019,

1

ECF No. 70.  The parties also propose a deadline for filing a Revised Interim Status Report under Local Rule 26-3.  The original Interim Status Report (ECF No. 66) was filed more than two months before this action was stayed during the 35-day lapse in appropriations, and the parties wish to adjust one or more of the previously proposed trial dates accordingly.

| | |
|---|---|
| Revised Interim Status Report: | February 15, 2019 |
| Expert Discovery Completion: | March 15, 2019 |
| Dispositive Motions: | |
|     Opening Briefs: | April 19, 2019 |
|     Response Briefs: | May 17, 2019 |
|     Reply Briefs: | May 31, 2019 |
| Pre-Trial Order: | June 28, 2019 |

Dated:  February 1, 2019

JOSEPH H. HUNT
Assistant Attorney General

NICHOLAS A. TRUTANICH
United States Attorney

TROY K. FLAKE
Assistant United States Attorney

/s/ Cathy J. Burdette
RUTH A. HARVEY
MICHAEL J. QUINN
JOHN R. KRESSE
I-HENG HSU
CATHY J. BURDETTE
SERAJUL ALI

*Attorneys for the United States*

IT IS SO ORDERED:

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

DATED:  February 5, 2019

## CERTIFICATE OF SERVICE

In compliance with the Court's Local Rule 5-1, the undersigned certifies that on February 1, 2019, a copy of the foregoing document, "Stipulation of the Parties Extending Near-Term Deadlines Due to Lapse of Government Appropriations," was served via e-mail upon counsel of record for defendants.

/s/ Cathy J. Burdette
Cathy J. Burdette
Attorney for the United States