1 | MARY-ANNE MILLER
County Counsel
2 | TIMOTHY BALDWIN
Deputy District Attorney
3 | Office of the District Attorney, Civil Division
500 S. Grand Central Pkwy., 5th Floor
4 | Las Vegas, NV 89106
5 | Phone: (702) 455-4761
Email: Mary-Anne.Miller@clarkcountyda.com
6 |        Timonty.Baldwin@clarkcountyda.com

7 | JONATHAN G. HARDIN
Perkins Coie LLP
8 | 700 13th Street N.W., Suite 600
Washington, DC 20005
9 | Phone: (202) 654-6297
Email: JHardin@perkinscoie.com
10 |

11 | BARRY G. STRATFORD
LINDSEY M. HUANG
12 | Perkins Coie LLP
2901 N. Central Ave., Suite 2000
13 | Phoenix, AZ 85012
Phone: (602) 351-8206
14 | Email: BStratford@perkinscoie.com
         LHuang@perkinscoie.com
15 |

16 | *Attorneys for Defendant County of Clark*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF CLARK and NEVADA LINKS, INC., <br><br> Defendants. | Case No.: 2:17-cv-02303-MMD-PAL |

**MOTION FOR LEAVE TO WITHDRAW CATHERINE GRECH AS ATTORNEY**

Pursuant to LR 11-6(b), Defendant County of Clark hereby requests leave for Catherine Grech to withdraw as counsel in the above-captioned case. Ms. Grech recently departed Perkins

1

Coie LLP and therefore no longer represents the County.  Jonathan Hardin, Barry Stratford, and Lindsey Huang of Perkins Coie LLP, and Mary-Anne Miller and Timothy Baldwin of the Office of the District Attorney, continue to serve as counsel of record for the County.  The withdrawal of Ms. Grech will not result in delay of discovery, the trial, or any hearing in this case.

DATED:  February 4, 2019                      Respectfully submitted,


/s/ Jonathan G. Hardin
JONATHAN G. HARDIN, *pro hac vice*
Perkins Coie LLP
700 13th Street N.W., Suite 600
Washington, DC 20005

BARRY G. STRATFORD, *pro hac vice*
LINDSEY M. HUANG, *pro hac vice*
Perkins Coie LLP
2901 N. Central Ave., Suite 2000
Phoenix, AZ 85012

MARY-ANNE MILLER, State Bar No. 1419
TIMOTHY BALDWIN, State Bar No. 11048
Office of the District Attorney
500 S. Grand Central Pkwy., 5th Floor
Las Vegas, NV 89106

*Attorneys for Defendant County of Clark*

**IT IS SO ORDERED** this 5th day of February, 2019.

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

In compliance with Local Rule 5-1, the undersigned certifies that on February 4, 2019, the foregoing document was served via the Court's CM/ECF system upon counsel of record for all parties.

/s/ Jonathan G. Hardin
*Attorney for Defendant County of Clark*