JOSEPH H. HUNT
Assistant Attorney General

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
E-mail: *troy.flake@usdoj.gov*

RUTH A. HARVEY
MICHAEL J. QUINN
JOHN R. KRESSE
I-HENG HSU
CATHY J. BURDETTE
SERAJUL ALI
U.S. Department of Justice, Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 616-2238
E-mail: *john.kresse@usdoj.gov*

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-cv-02303-MMD-BNW |
| Plaintiff, | |
| v. | **STIPULATION OF THE PARTIES REGARDING THE DEADLINE FOR SUBMISSION OF A JOINT PROPOSED PRE-TRIAL ORDER AND PROPOSED TRIAL DATES** |
| COUNTY OF CLARK and NEVADA LINKS, INC., | |
| Defendants. | **(First Request)** |

Due to the pendency of dispositive motions and in accordance with Judge Du's Standing Order No. 1, the parties hereby stipulate and agree to respectfully request that the Court defer the scheduled deadline for submission of a Joint Proposed Pre-Trial Order (the "Deadline") until

1

a date to be determined. As previously stipulated and ordered (ECF No. 79), the Deadline is now June 28, 2019. Judge Du's Standing Order No. 1 states, however, that in cases in which dispositive motions have been filed, the Deadline generally will not be set until dispositive motions have been decided and a settlement conference has been held.

Although the parties previously requested four extensions of scheduling order deadlines in connection with completion of discovery, this request is the parties' first for an extension of the pre-trial order deadline by itself.

The parties also stipulate that the trial dates proposed in the Revised Interim Status Report (ECF No. 81) should be revisited and revised at the appropriate time.

Dated: June 12, 2019

/s/ *John R.Kresse*
John R. Kresse
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
(202) 616-2238
*Attorney for Plaintiff United States*

/s/ *Jonathan G. Hardin*
Jonathan G. Hardin, *pro hac vice*
PERKINS COIE LLP
700 13th Street N.W., Suite 600
Washington, DC 20005
(202) 654-6297
*Attorney for Defendant County of Clark*

/s/ *David J. Lazerwitz*
David J. Lazerwitz, *pro hac vice*
FARELLA BRAUN & MARTEL LLP
Russ Bldg., 235 Montgomery St., 17th Fl.
San Francisco, CA 94104
(415) 954-4980
*Attorney for Defendant Nevada Links, Inc.*

IT IS SO ORDERED:

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: June 13, 2019

## CERTIFICATE OF SERVICE

In compliance with the Court's Local Rule 5-1, the undersigned certifies that on June 12, 2019, a copy of the foregoing document, "Stipulation of the Parties Regarding the Deadline for Submission of a Joint Proposed Pre-Trial Order and Proposed Trial Dates," was served via e-mail upon counsel of record for defendants.

/s/ *John R. Kresse*
John R. Kresse
Attorney for the United States