JOSEPH H. HUNT
Assistant Attorney General

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
E-mail: *troy.flake@usdoj.gov*

RUTH A. HARVEY
MICHAEL J. QUINN
JOHN R. KRESSE
I-HENG HSU
CATHY J. BURDETTE
SERAJUL ALI
U.S. Department of Justice, Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 616-2238
E-mail: *john.kresse@usdoj.gov*

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-cv-02303-MMD-BNW |
| Plaintiff, | |
| v. | **STIPULATION OF THE PARTIES REQUESTING CHANGE TO HEARING DATE ON DEFENDANTS' JOINT MOTION TO COMPEL PRODUCTION OF APPRAISAL REPORT** |
| COUNTY OF CLARK and NEVADA LINKS, INC., | |
| Defendants. | |
| | **(First Request)** |

The parties hereby stipulate and agree to respectfully request that the Court reschedule the hearing for Defendants' Motion to Compel Production of Appraisal Report in Compliance With Subpoena (ECF No. 82). The hearing is currently set for July 8, 2019 at 1:30 p.m. in Las

1

Vegas Courtroom 3B before Magistrate Judge Weksler (ECF No. 119). Due to scheduling conflicts, the parties request that the hearing be rescheduled to July 16 or 17. If those dates are unavailable, counsel for the parties are also available on July 24, July 25, August 6, and August 14.

This request is the parties' first request for a continuation of the hearing date.

Dated: June 28, 2019

/s/ *John R. Kresse*
John R. Kresse
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
(202) 616-2238
*Attorney for Plaintiff United States*

/s/ *Jonathan G. Hardin*
Jonathan G. Hardin, *pro hac vice*
PERKINS COIE LLP
700 13th Street N.W., Suite 600
Washington, DC 20005
(202) 654-6297
*Attorney for Defendant County of Clark*

/s/ *David J. Lazerwitz*
David J. Lazerwitz, *pro hac vice*
FARELLA BRAUN & MARTEL LLP
Russ Bldg., 235 Montgomery St., 17th Fl.
San Francisco, CA 94104
(415) 954-4980
*Attorney for Defendant Nevada Links, Inc.*

The court is unable to accommodate the parties' requested dates. Accordingly,

**IT IS ORDERED** that the parties' Stipulation (ECF No. 120) is **GRANTED**, and the hearing on the Motion to Compel (ECF No. 82), currently set for July 8, 2019 at 1:30 p.m. is **CONTINUED** to the court's earliest available date of September 3, 2019 at 10:00 a.m. in Courtroom 3B.

Dated: July 3, 2019

_____
Brenda Weksler
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

In compliance with the Court's Local Rule 5-1, the undersigned certifies that on June 28, 2019, a copy of the foregoing document, "Stipulation of the Parties Requesting Change to Hearing Date on Defendants' Joint Motion to Compel Production of Appraisal Report," was served via e-mail upon counsel of record for defendants.

/s/ *John R. Kresse*
John R. Kresse
Attorney for the United States