UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

                          Plaintiff,

    v.

COUNTY OF CLARK and NEVADA
LINKS, INC.,

                          Defendants.

Case No. 2:17-cv-02303-MMD-BNW

ORDER

This case involves a dispute over land that Plaintiff United States granted to Defendant County of Clark ("County"), and which the County leased to Defendant Nevada Links, Inc. ("Nevada Links") (collectively, "Defendants"). Currently pending before the Court are separate motions for summary judgment by Defendants (ECF Nos. 89, 92) and a motion for partial summary judgment regarding liability by the United States (ECF No. 96). In light of recent events in the case (*see* ECF Nos. 127, 128), Defendants have filed an unopposed joint motion for leave to file supplemental summary judgment briefing and evidence—likely  including additional discovery that will stem from additional deposition currently planned for February 11, 2020 (ECF No. 128 at 4).  The Court finds good cause exists to grant Defendants' motion for leave (ECF No. 128) and will also deny the pending motions for summary judgment and partial summary judgment (ECF Nos. 89, 92, 96) without prejudice to refiling.

Under LR 7-2(g), the Court may grant leave to file supplemental briefing upon a showing of good cause. Good cause exists where the party seeks leave with reasonable diligence and the proposed supplemental briefing will "make a substantive difference." *Chemeon Surface Tech., LLC v. Metalast Int'l, Inc.*, No. 3:15-cv-00294-MMD-CBC, 2019 WL 938384, at *8 (D. Nev. Feb. 26, 2019).

The Court finds the good cause standard is satisfied here because it deduces that the anticipated evidence and related briefing are likely to change (or at least materially alter) the parties' central substantive contentions in this matter. The Court also finds that it would be most economical and resourceful for the parties to refile their motions (or do otherwise) with the benefit of more complete and relevant evidence. That is, piecemeal briefing and presentation of evidence will not be beneficial to the Court.

It is therefore ordered that Defendants' unopposed joint motion (ECF No. 128) is granted.

It is further ordered that the other pending motions (ECF Nos. 89, 92, 96) are denied for the reasons stated, without prejudice to refiling.

It is further order that the parties may refile their renewed motions that incorporate issues planned in their anticipated supplementation after the scheduled deposition, no later than March 3, 2020. The normal briefing schedule will apply to these renewed motions, and the Court will allow no further supplementation.

DATED THIS 16th day of January 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE