Anthony Schoenberg (*pro hac vice*)
California Bar No. 203714
aschoenberg@fbm.com
David J. Lazerwitz (*pro hac vice*)
California Bar No. 221349
dlazerwitz@fbm.com
Kelly M. Matayoshi (*pro hac vice*)
California Bar No. 284596
Laura Pedersen (*pro hac vice*)
California Bar No. 313570
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

DENNIS L. KENNEDY
Nevada Bar No. 1462
BAILEY ❖ KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
dkennedy@baileykennedy.com

Attorneys for Nevada Links, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF CLARK, et al.,<br><br>Defendant. | Case No. 2:17-cv-02303-MMD-PAL<br><br>**DECLARATION OF GREG REGAN IN SUPPORT OF DEFENDANT NEVADA LINKS, INC.'S APPENDIX TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>(Hearing Requested)<br><br>The Hon. Miranda M. Du |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

REGAN DECL. ISO NEVADA LINK'S MSJ OR, IN THE ALT., SUMMARY ADJUDICATION - Case No. 2:17-cv-02303-MMD-PAL

34938\13052214.1

I, Greg Regan, declare as follows:

1. I am a Partner in the Forensic and Financial Consulting Services Group of Hemming Morse, LLP, and have been retained by Nevada Links, Inc. as an expert witness in the above-captioned case. I issued an expert report in this matter dated December 21, 2018 in which I set forth my qualifications and compensation. I make this declaration in support of Nevada Links, Inc.'s Motion for Summary Judgment or, in the Alternative, Summary Adjudication ("Motion"). I have personal knowledge of the facts set forth herein, or I am informed and believe that they are true. If called as a witness, I could and would testify competently as to these facts.

2. I have reviewed the Appraisal Report of an Assumed Vacant Parcel of Land dated July 26, 2017 concerning the property located at 5160 South Las Vegas Boulevard, Las Vegas, Nevada prepared by Glenn M. Anderson (the "2017Anderson Report"). I had previously reviewed Mr. Anderson's expert report dated November 19, 2018 in connection with the preparation of my expert report in this matter (the "2018 Anderson Report").

3. The stated purpose of the 2017 Anderson Report was to develop opinions regarding the market value of a fee simple interest, fair market rent, and the market value of a leased fee interest related to the aforementioned property. The valuation dates relevant to the 2017Anderson Report were September 6, 2011 (the date the 4th Amendment was executed) and September 1, 2013 (the first month Clark County paid the Bureau of Land Management rent pursuant to the 4th Amendment).

4. The 2017 Anderson Report considered the underlying property to be vacant and available for development for its highest and best use. (Cover Letter dated July 26, 2017.) The 2017 Anderson Report also included an opinion of the leased fee value, subject to the original lease with Nevada Links, consistent with the 4th Amendment.

5. The 2017 Anderson Report calculated the leased fee interest of the property to be $9,665,000 including rental income associated with the 4th Amendment. (2017 Anderson Report, p.5.) I have used the methodologies employed in the 2017 Anderson Report to compute alternative values of the property as of September 6, 2011. My alternative calculations modify three variables used in the 2017 Anderson Report: 1) the discount rate, 2) the lease duration, and 3) whether rental

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

REGAN DECL. ISO NEVADA LINK'S MSJ OR, IN THE ALT., SUMMARY ADJUDICATION - Case No. 2:17-cv-02303-MMD-PAL

2

34938\13052214.1

1 income on the property is included.

2       6.     I have used three discount rates for my calculations. The first discount rate, 7%, is identical to the rate employed by Mr. Anderson in the 2017 Anderson Report. The second discount rate, 9%, is the rate employed by Mr. Anderson in the 2018 Anderson Report and employed by Evan Ranes, expert appraiser for the County of Clark, in his November 19, 2018 report. The third discount rate, 14%, is the discount rate employed by Nevada Links' appraisal expert, Mr. DiFederico in his November 19, 2018 report. I addressed these discount rates on pages twenty-two and twenty-three of my expert report.

      7.     I have used two different lease durations. As of September 2011, the lease had 38-years remaining on the initial 50-year term (*i.e.*, an option to renew the lease was scheduled to occur in July 2049). (Anderson 2017 Report, p.162.) Correspondingly, if the renewal option were exercised, the lease would have expired in in July 2098. (*See* Regan Report, p.2.)

      8.     Finally, I have prepared calculations both with and without projected rental income from the 4th Amendment.

      9.     In all other ways, my calculations use the same data and methods as Mr. Anderson. The table below summarizes the relevant variables used in both analyses:

| Variable | Amount | Basis |
|---|---|---|
| First-year rent | $100,000 | 2017 Anderson Report at 66 |
| Date first rent due | September 6, 2011 | *Id.* at 166 |
| Annual rent increase | 2% | *Id.* at 166 |
| Annual expenses | 1% | *Id.* at 166 |
| Land value in September 2011 | $50,730,000 | *Id.* at 167 |
| Annual appreciation for land reversion | 2% | *Id.* at 167 |
| Cost to sell property | 3% | *Id.* at 168 |

      10.    I have summarized my calculations of the market value of a leased fee interest in the table below. The first scenario (7% discount rate, including 4th Amendment rent, and no lease renewal) replicates Mr. Anderson's calculation:

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

REGAN DECL. ISO NEVADA LINK'S MSJ OR, IN THE ALT., SUMMARY ADJUDICATION - Case No. 2:17-cv-02303-MMD-PAL

3

34938\13052214.1

| Scenario | Description | 7% DCF Rate | 9% DCF Rate | 14% DCF Rate |
|---|---|---|---|---|
| 1 | 50 Year DCF With 4th Amendment Rent | $9,670,000 | $5,260,000 | $1,530,000 |
| 2 | 50 Year DCF Without 4th Amendment Rent | $8,010,000 | $3,960,000 | $720,000 |
| 3 | 99 Year DCF With 4th Amendment Rent | $2,680,000 | $1,550,000 | $830,000 |
| 4 | 99 Year DCF Without 4th Amendment Rent | $730,000 | $140,000 | $0 |

11. My calculations are presented in the schedules attached herein. (*See* Ex. R, Schedule 1.0.)

12. I have also calculated the fair market rent based upon the market value of the leased fee interest using at 7.0% rate of return, which is the rate of return that Mr. Anderson uses to calculate fair market rent. These amounts are calculated in the table below:

| Scenario | Description | 7% DCF Rate | 9% DCF Rate | 14% DCF Rate |
|---|---|---|---|---|
| 1 | 50 Years With 4th Amendment Rent | $676,900 | $368,200 | $107,100 |
| 2 | 50 Years Without 4th Amendment Rent | $560,700 | $277,200 | $50,400 |
| 3 | 99 Years With 4th Amendment Rent | $187,600 | $108,500 | $58,100 |
| 4 | 99 Years Without 4th Amendment Rent | $51,100 | $9,800 | $0 |

13. My calculations are presented in the schedules attached herein. (*See id.*)

I declare under penalty of perjury that the foregoing is true and correct and that I signed this declaration on this 1st day of March 2020.

By _____
Greg Regan

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

REGAN DECL. ISO NEVADA LINK'S MSJ OR, IN THE ALT., SUMMARY ADJUDICATION - Case No. 2:17-cv-02303-MMD-PAL

4

34938\13052214.1