# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>COUNTY OF CLARK and NEVADA LINKS, INC.,<br><br>    *Defendants.* | Case No. 2:17-cv-02303-MMD-BNW<br><br>**ORDER GRANTING JOINT MOTION TO SET STATUS CONFERENCE AND VACATE JOINT PRETRIAL ORDER DEADLINE** |

This Court, having considered the parties' Joint Motion to Set Status Conference and Vacate Joint PreTrial Order Deadline, and good cause appearing therefore, hereby orders that the Motion is granted.

The scheduled deadline for submission of a joint pretrial order is VACATED.

A virtual status conference is scheduled for August 26, 2022 at 11 a.m.

**IT IS SO ORDERED** dated this 20th Day of July, 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE