UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>COUNTY OF CLARK and NEVADA LINKS, INC.,<br><br>*Defendants.* | Case No. 2:17-cv-02303-MMD-BNW<br><br>**ORDER** |

Before this Court is a Joint Stipulation and Motion to Stay All Proceedings and Suspend All Pretrial Deadlines filed by the United States of America, County of Clark, and Nevada Links, Inc. (collectively, "Parties") requesting a stay of proceedings in this case. Having carefully considered the Parties' Joint Stipulation and Motion, the Court is of the opinion that good cause exists for such stay and GRANTS the Joint Stipulation and Motion.

Pending further order of this Court, all proceedings are stayed, and all pretrial deadlines are suspended in the above-captioned matter for an initial period of six months from the date of entry of this Order until 8/7/2023. The Parties are directed to submit a joint status report to this Court to advise the Court on the Parties' progress toward a final settlement at least 60 days before the expiration of the stay.

IT IS SO ORDERED.

Dated: 2/7/2023

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE