BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JASON M. FRIERSON
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
E-mail: *troy.flake@usdoj.gov*

KIRK T. MANHARDT
MICHAEL J. QUINN
JOHN R. KRESSE
MICHAEL S. TYE
I-HENG HSU
U.S. Department of Justice, Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 616-3619
E-mail: *i-heng.hsu@usdoj.gov*

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. COUNTY OF CLARK and NEVADA LINKS, INC., *Defendants*. | Case No. 2:17-cv-02303-MMD-BNW  **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff United States of America, and Defendants County of Clark and Nevada Links, Inc. (collectively, the Parties) as follows:

1. On August 15, 2023, the Parties executed a Settlement Agreement and Release in the above-captioned case (the Settlement Agreement).

2. The Settlement Agreement requires the Parties to file a stipulation dismissing with prejudice all claims asserted in the above-captioned case, with each party to bear its own attorneys' and experts' fees and costs.

3. Thus, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate as follows:

    a. To the dismissal with prejudice of the United States' claims asserted in this case, with each party bearing its own attorneys' and experts' fees and costs.

    b. Nothing in this Stipulation shall alter or affect the terms of the Settlement Agreement, including the scope of the releases contained in the Settlement Agreement.

All remaining parties who have appeared in this case have signed this stipulation.

Dated: August 29, 2023

Respectfully submitted,

*/s/ I-Heng Hsu*
I-HENG HSU
U.S. Department of Justice
1100 L St NW, 7th Floor
P.O. Box 875
Washington, DC 20044-0875

*Attorney for Plaintiff United Sates of America*


*/s/ Jonathan G. Hardin (with permission)*
JONATHAN G. HARDIN (*pro hac vice*)
Perkins Coie LLP
700 13th Street N.W., Suite 800
Washington, D.C. 20005

*Attorney for Defendant County of Clark*


*/s/ Anthony P. Schoenberg (w/ permission)*
ANTHONY P. SCHOENBERG (*pro hac vice*)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104

*Attorney for Defendant Nevada Links, Inc.*


STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) IS GRANTED.  IT IS SO ORDERED.

Dated August 29, 2023.

_____
Chief U.S. District Judge

**CERTIFICATE OF SERVICE**

In compliance with Local Rule 5-1, the undersigned hereby states that on August 29, 2023 a true and correct copy of the Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) was served via the United States District Court's CM/ECF system upon counsel of record for all parties.

      */s/ I-Heng Hsu*